```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RYAN O'DELL,                                              :
                                                          :
                              Plaintiff,                  :
              -against-                                   :
                                                          :         23-CV-4971 (VEC)
ARCONIC CORPORATION, FREDERICK A.                         :
HENDERSON, WILLIAM F. AUSTEN,                             :
CHRISTOPHER L. AYERS, MARGARET S.                         :
BILLSON, JACQUES CROISETIERE, ELMER L.                    :
DOTY, CAROL S. EICHER, ELLIS A. JONES,                    :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,                      :
and JEFFREY STAFEIL,                                      :
                                                          :
                              Defendants.                 :
------------------------------------------------------------X

------------------------------------------------------------X
ELAINE WANG,                                              :
                                                          :
                              Plaintiff,                  :
              -against-                                   :
                                                          :         23-CV-5091 (VEC)
ARCONIC CORPORATION, FREDERICK A.                         :
HENDERSON, WILLIAM F. AUSTEN,                             :
CHRISTOPHER L. AYERS, MARGARET S.                         :
BILLSON, JACQUES CROISETIERE, ELMER L.                    :
DOTY, CAROL S. EICHER, ELLIS A. JONES,                    :
TIMOTHY D. MYERS, E. STANLEY O'NEAL,                      :
and JEFFREY STAFEIL,                                      :
                                                          :
                              Defendants.                 :
------------------------------------------------------------X

| | |
|---|---|
| ---------------------------------------------------------------X<br>STEPHEN BUSHANKY,                                               :<br>                                                                 :<br>                                    Plaintiff,                   :<br>             -against-                                          :<br>                                                                 :<br>ARCONIC CORPORATION, WILLIAM F.                                  :<br>AUSTEN, CHRISTOPHER L. AYERS,                                    :<br>MARGARET S. BILLSON, JACQUES                                     :<br>CROISETIERE, ELMER L. DOTY, CAROL S.                             :<br>EICHER, FREDERICK A. HENDERSON, ELLIS                            :<br>A. JONES, TIMOTHY D. MYERS, E. STANLEY                           :<br>O'NEAL, and JEFFREY STAFEIL,                                     :<br>                                                                 :<br>                                    Defendants.                  :<br>---------------------------------------------------------------X | 23-CV-5167 (VEC) |
| ---------------------------------------------------------------X<br>ROBERT WILLIAMS,                                                 :<br>                                                                 :<br>                                    Plaintiff,                   :<br>             -against-                                          :<br>                                                                 :<br>ARCONIC CORPORATION, FREDERICK A.                                :<br>HENDERSON, WILLIAM F. AUSTEN,                                    :<br>CHRISTOPHER L. AYERS, MARGARET S.                                :<br>BILLSON, JACQUES CROISETIERE, ELMER L.                           :<br>DOTY, CAROL S. EICHER, ELLIS A. JONES,                           :<br>TIMOTHY D. MYERS, E. STANLEY O'NEAL,                             :<br>and JEFFREY STAFEIL,                                             :<br>                                                                 :<br>                                    Defendants.                  :<br>---------------------------------------------------------------X | 23-CV-5235 (VEC) |

```
------------------------------------------------------------X
ZAHAVA ROSENFELD,                               :
                                                :
                              Plaintiff,        :
              -against-                         :
                                                :         23-CV-5313 (VEC)
ARCONIC CORPORATION, WILLIAM F.                 :
AUSTEN, CHRISTOPHER L. AYERS,                   :
MARGARET S. BILLSON, JACQUES                    :
CROISETIERE, ELMER L. DOTY, CAROL S.            :
EICHER, FREDERICK A. HENDERSON, ELLIS           :
A. JONES, TIMOTHY D. MYERS, E. STANLEY          :
O'NEAL, and JEFFREY STAFEIL,                    :
                                                :
                              Defendants.       :
------------------------------------------------------------X


------------------------------------------------------------X
THOMAS A. LASKARIS,                             :
                                                :
                              Plaintiff,        :
              -against-                         :
                                                :         23-CV-5461 (VEC)
ARCONIC CORPORATION, WILLIAM F.                 :
AUSTEN, CHRISTOPHER L. AYERS,                   :
MARGARET S. BILLSON, JACQUES                    :
CROISETIERE, ELMER L. DOTY, CAROL S.            :
EICHER, FREDERICK A. HENDERSON, ELLIS           :
A. JONES, TIMOTHY D. MYERS, E. STANLEY          :
O'NEAL, and JEFFREY STAFEIL,                    :
                                                :
                                                :
                              Defendants.       :
------------------------------------------------------------X
```

## **ORDER**

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 19, 2023, Plaintiffs O'Dell and Wang submitted notices of voluntary dismissal in the cases numbered 23-CV-4971 and 23-CV-5091.

3

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to CLOSE the cases numbered 23-CV-4971 and 23-CV-5091.

IT IS FURTHER ORDERED that, not later than **July 27, 2023,** Plaintiffs must show cause why the remaining cases should not be dismissed or file a notice of voluntary dismissal as to the remaining cases. Plaintiffs are encouraged to file their responses jointly to the extent possible.

**SO ORDERED.**

Date:  July 25, 2023                                      _____
                                                                            **VALERIE CAPRONI**
        New York, New York                                    **United States District Judge**